Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

*Petition for Clemency*

# UNITED STATES DISTRICT COURT

for the

District of _____

*Motion To Dismiss 31 U.S.C denial*

Case No. **GJH 16 CV 4046**

*(to be filled in by the Clerk's Office)*

Jennifer Womack et, al
_____
**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

SSA / Health & Human Services
Washington County Police Dept, TEA/FEDEX
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Jury Trial: *(check one)* ☒ Yes  ☐ No

FILED _____ ENTERED
LODGED _____ RECEIVED

DEC 2 0 2016

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

*Set ASIDE Default Judgment*

I.    **The Parties to This Complaint**

β A.    ~~The Plaintiff(s)~~ *Defendant*

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

Name                FED-EX
Street Address      11825 New Gate Blvd
City and County
State and Zip Code  Hagerstown, MD
Telephone Number
E-mail Address

A
B.    ~~The Defendant(s)~~ Jennifer Womack

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 1

Name                                OAH

Job or Title *(if known)*           clerk

Street Address

City and County                     111 Gilroy St

State and Zip Code                  Hunt Valley, MD

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name                                SSA

Job or Title *(if known)*           6110 Allentown RD

Street Address

City and County                     Suitland, MD 20746

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name                                SSA

Job or Title *(if known)*

Street Address                      1710 Underpass WAY

City and County                     Hagurstown, MD 21740

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C. ~~Place of Employment~~ FormER Place of EmploymEnt

The address at which I sought employment or was employed by the defendant(s) is

Name FED-EX
Street Address 11825 New GotE Blvd
City and County HagerstowN, MD / WAshington
State and Zip Code TX 21740
Telephone Number 1-800-463-3339

II. **Basis for Jurisdiction** 524 MAhrA / EmployER should not recieve real Estate
( ProbAte )

This action is brought for discrimination in employment pursuant to (check all that apply):

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

Civil Rights Act 1991
Title I AND Title V
ADA

(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)

TiTlE VII of the Civil Rights ACT of 1964

☒ Other federal law (specify the federal law): TORT / Contract / ADEA / GINA

☐ Relevant state law (specify, if known): 108 is not FedEral Housing (PrivatE)

☑ Relevant city or county law (specify, if known):

Relief - I seek to terminate the contract, UnfAiR / increased litigation / undue Emotional infliction harrbssment / Distress

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: Entered into contract w out of State Agency     OAH

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)
when I was re-hired

C.   I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race
- ☒ color
- ☒ gender/sex
- ☒ religion          My religion + my brother's + wife's religion a factor
- ☒ national origin
- ☒ age *(year of birth)*     63       *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*

9/19/16
9/22/16

E.   The facts of my case are as follows. Attach additional pages if needed.

I had to voluntary leave due to take care of my ill father now deceased on 10/20/16.

Page 4 of 6

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

I need to work to provide for my family and I seek an Injunction against the limitation to Employment/Training to maintain Employment opportunities. The agencies are fighting for Tax Credits not due them

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

TAX FRAUD

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

B.    The Equal Employment Opportunity Commission *(check one)*:

☒    has not issued a Notice of Right to Sue letter.

☐    issued a Notice of Right to Sue letter, which I received on *(date)* _____

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☒    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

END HARRASSMENT/108 is not Federal Housing in which my deceased mother is an applicant. Mistake in law and fact/Extrinsic fraud on the Court/Recovery of property & Atty. fees reputation/UNDUE Infliction of Emotional Distress

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/3/16

Signature of Plaintiff

Printed Name of Plaintiff

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address